**Arlester SCOTT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 51998.**

Missouri Court of Appeals,
Western District.

Submitted Aug. 9, 1996.

Decided Oct. 8, 1996.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

### *ORDER*

PER CURIAM.

Arlester Scott appeals the denial of his Rule 24.035 motion for post-conviction relief, without an evidentiary hearing.

The judgment denying the motion is affirmed. The decision is without precedential value. The parties have been furnished a memorandum of the reason for the decision. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Lorenzo WALLACE, Appellant.**

**No. WD 51513.**

Missouri Court of Appeals,
Western District.

Oct. 8, 1996.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and SPINDEN and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Lorenzo Wallace appeals his conviction for burglary in the second degree and misdemeanor stealing. Affirmed. Rule 30.25(b).